COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


**ORDER ON MOTION**

Cause Number:      01-21-00568-CV

Trial Court Cause
Number:      2018-64020

Style:      WS Atkins, Inc. v. Shan Shi

Date motion filed[*]:      July 11, 2022

Type of motion:      Motion for En Banc Reconsideration

Party filing motion:      Appellee

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
      ☐ Acting individually    ☒ Acting for the Court

Panel consists of   Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, and Farris.

Date:  July 28, 2022